16

1 | MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
2 | **BOUTIN JONES INC.**
Attorneys at Law
3 | 555 Capitol Mall, Suite 1500
Sacramento, CA 95814
4 | Phone: 916.321.4444
Fax: 916.441.7597
5 | Email: mgorton@boutinjones.com
         tmouzes@boutinjones.com

Special Counsel for Chapter 7 Trustee
Kimberly Husted

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>STUART LANSING SMITS,<br><br>        Debtor.<br><br>———————————————<br><br>JOHNNY VALENSIN, an individual dba Justified Financial Ventures, LLC; Justified Financial Ventures, LLC, a CA limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>PACIFIC COAST EXPLORATION, LLC, a California limited liability company; LESTER CUFAUDE; STUART SMITS; DOES 1 to 10,<br><br>        Defendant. | **Case No. 2011-34464-A-7**<br><br>Adv. Proc. No.<br><br>**EXHIBITS TO NOTICE OF REMOVAL OF STATE COURT ACTION**<br><br>Date: N/A<br>Time: N/A<br>Location: N/A<br>Judge: Honorable Michael S. McManus |

| EXHIBIT | DOCUMENT | PAGE |
|:---:|:---:|:---:|
| A | Summons and Complaint | 2-7 |
| B | Stipulation for Judgment and Judgment | 8-11 |
| C | February 27, 2014 Letter | 12-16 |

1

EXHIBITS TO NOTICE OF REMOVAL OF STATE COURT ACTION

599230.1

# EXHIBIT A

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Pacific Coast Exploration, LLC, a CA limited liability company;
Lester Cufaude; Stuart Smits; DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Johnny Valensin, an individual dba Justified Financial Ventures, LLC;
Justified Financial Ventures, LLC, a CA limited liability company

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
OCT 11 2013
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By _____MICHAEL BURGESS_____ Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California, County of Sutter
463 Second St Rm 211; Yuba City, CA 95991

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert Lee, SBN 161054; 5801 Stockton Blvd., #108; Sacramento, CA 95824; 916-454-9000

DATE: OCT 11 2013    Clerk, by MICHAEL BURGESS, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 02/13/14

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit A
Page 3

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Robert Lee, SBN 161054<br>5801 Stockton Blvd., #108<br>Sacramento, CA 95824 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO: 916-454-9000   FAX NO. *(Optional):* 916-454-9014<br>E-MAIL ADDRESS *(Optional):* robertlee-56@comcast.net<br>ATTORNEY FOR *(Name):* Plaintiffs, John Valensin; Justified Financial Ventures, LLC | ENDORSED FILED<br><br>OCT 11 2013<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SUTTER<br>CLERK OF THE COURT<br>By ____MICHAEL BURGESS____ Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER<br>STREET ADDRESS: 463 Second St Rm 211<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Yuba City, CA 95991<br>BRANCH NAME: Courthouse East Second Floor | |

PLAINTIFF: JOHNNY VALENSIN, an individual dba Justified Financial Ventures, LLC;
JUSTIFIED FINANCIAL VENTURES, LLC, a CA limited liability company
DEFENDANT: PACIFIC COAST EXPLORATION, LLC, a CA limited liability company;
LESTER CUFAUDE; STUART SMITS
[✓] DOES 1 TO 10

**CONTRACT**
[✓] COMPLAINT       [ ] AMENDED COMPLAINT *(Number):*
[ ] CROSS-COMPLAINT [ ] AMENDED CROSS-COMPLAINT *(Number):*

| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded [ ] does not exceed $10,000<br>                   [ ] exceeds $10,000 but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER: |

1. **Plaintiff*** *(name or names):*
   Johnny Valensin; Justified Financial Ventures, LLC
   alleges causes of action against **defendant*** *(name or names):*
   Pacific Coast Exploration, LLC; Lester Cufaude; Stuart Smits
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      [✓] except plaintiff *(name):* Justified Financial Ventures, LLC
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity *(describe):*
         (3) [✓] other *(specify):*
             a limited liability company
   b. [✓] Plaintiff *(name):* Johnny Valensin
      a. [✓] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*
         Justified Financial Ventures, LLC
      b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant *(name):* Pacific Coast Ex,LLC      [ ] except defendant *(name):*
         (1) [ ] a business organization, form unknown          (1) [ ] a business organization, form unknown
         (2) [ ] a corporation                                  (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*         (3) [ ] an unincorporated entity *(describe):*
         (4) [ ] a public entity *(describe):*                  (4) [ ] a public entity *(describe):*
         (5) [✓] other *(specify):* a limited liability company (5) [ ] other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

 

| | PLD-C-001 |
|---|---|
| SHORT TITLE: VALENSIN, et al. v. PACIFIC COAST EXPLORATION, LLC, et al. | CASE NUMBER: |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1 to 5 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [✓] Doe defendants *(specify Doe numbers):* 6 to 10 are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [✓] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [✓] Breach of Contract
   [✓] Common Counts
   [ ] Other *(specify):*

9. [ ] Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ 755,478.84
    b. [✓] interest on the damages
       (1) [ ] according to proof
       (2) [✓] at the rate of *(specify):* 20 percent per year from *(date):* 9/25/2013
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [ ] other *(specify):*

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10/10/2013

ROBERT LEE
(TYPE OR PRINT NAME)                                    ▶ /s/ Robert Lee
                                                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Valensin, et al. v. Pacific Coast Exploration, LLC, et al. | |

FIRST     CAUSE OF ACTION—Breach of Contract
*(number)*

ATTACHMENT TO   [✓] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Johnny Valensin; Justified Financial Ventures, LLC

alleges that on or about *(date):* 11/25/2006
a [✓] written [ ] oral [ ] other *(specify):*
agreement was made between *(name parties to agreement):*
Pacific Coast Exploration, LLC; Lester Cufaude; Stuart Smits
[ ] A copy of the agreement is attached as Exhibit A, or
[✓] The essential terms of the agreement [ ] are stated in Attachment BC-1 [✓] are as follows *(specify):*

Defendant, Pacific Coast Exploration, LLC, borrowed $300,000 from Plaintifff on 11/25/2006 and promised to repay the loan with interest at 10% per annum no later than 12/31/2009. The agreement includes liquidated damages of 10% and default interest rate at 20% per annum. Defendants, Lester Cufaude and Stuart Smits, in separate guaranty agreements, guaranteed payment of all sums due Plaintiff.

BC-2. On or about *(dates):* 12/31/2009
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [✓] the following acts *(specify):*

Defendant, Pacific Coast Exploration, LLC, failed to make payment of amount due Plaintiff under the loan agreement. Defendants, Lester Cufaude and Stuart Smits, failed to make payments due Plaintiff under their guaranty agreements.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4 [✓] as follows *(specify):*

Principal, interest and liquidated damages in the total amount of $755,478.84 due Plaintiff as of 9/25/2013.

BC-5. [✓] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[✓] according to proof.

BC-6. [ ] Other:

Page 3

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001(1) [Rev. January 1, 2007] | CAUSE OF ACTION—Breach of Contract | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

Exhibit A
Page 6




PLD-C-001(2)

| SHORT TITLE: Valensin, et al. v. Pacific Coast Exploration, LLC, et al. | CASE NUMBER: |
|---|---|

**SECOND** CAUSE OF ACTION—Common Counts
(number)

ATTACHMENT TO [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Johnny Valensin; Justified Financial Ventures, LLC

alleges that defendant *(name):* Pacific Coast Exploration, LLC; Lester Cufaude; Stuart Smits
became indebted to  [✓] plaintiff  [ ] other *(name):*

a. [✓] within the last four years
   (1) [✓] on an open book account for money due.
   (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [✓] within the last  [ ] two years  [✓] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
       [ ] the sum of $
       [ ] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (4) [✓] for money lent by plaintiff to defendant at defendant's request.
   (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other *(specify):*

CC-2. $ 755,478.84 , which is the reasonable value, is due and unpaid despite plaintiff's demand,
plus prejudgment interest  [✓] according to proof  [ ] at the rate of _____ percent per year
from *(date):* 09/25/2013

CC-3. [✓] Plaintiff is entitled to attorney fees by an agreement or a statute
    [ ] of $
    [✓] according to proof.

CC-4. [ ] Other:

Page     4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

**CAUSE OF ACTION—Common Counts**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit A
Page 7

# EXHIBIT B

Robert Lee, SBN 161054
5801 Stockton Blvd., Suite 108
Sacramento, CA 95824
916-454-9000

Attorney for Plaintiffs,
Johnny Valensin; Justified Financial Ventures, LLC

ENDORSED FILED
OCT 28 2013
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By _____ MICHAEL BURGESS _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SUTTER

JOHNNY VALENSIN;
JUSTIFIED FINANCIAL VENTURES,
a CA limited liability company,
    Plaintiffs,

vs.

PACIFIC COAST EXPLORATION, LLC,
a California limited liability company;
LESTER CUFAUDE; STUART SMITS;
and DOES 1 to 10,
    Defendants.

Case No.:

STIPULATION FOR JUDGMENT
AND JUDGMENT

Plaintiffs, Johnny Valensin; Justified Financial Ventures, LLC, a California limited liability company, Defendants, Pacific Coast Exploration, LLC, a California limited liability; Lester Cufaude, and their attorneys of record stipulate and agree as follows:

1.     The above-referenced Defendants appear in this action, waive service of summons and complaint and consent to the jurisdiction of the Court.

2.     Pursuant to Code of Civil Procedure § 664.6, the above-referenced action has been settled as to the above-referenced parties only.

3.     Judgment shall be entered in Plaintiffs' favor in the sum of $755,478.84 against Defendants, Pacific Coast Exploration, LLC and Lester Cufaude.

4.     Defendants shall not be liable for prejudgment interest or attorney fees.

1 | IT IS SO STIPULATED:

2

3 Dated: 10/8/13

_____
Johnny Valensin, an individual dba Justified Financial Ventures, LLC

5 Dated: 10/8/13

_____
Justified Financial Ventures, LLC
By Johnny Valensin, Owner

7
8 Dated: 10/2/13

_____
Lester Cufaude

10 Dated: 10/2/13

_____
Pacific Coast Exploration, LLC
By Lester Cufaude, Managing Member

13 APPROVED AS TO FORM:

14 Dated: 10/8/13

_____
Robert Lee (SBN 161054)
Attorney for Johnny Valensin and
Justified Financial Ventures, LLC

18 Dated: 10/4

_____
Dan Karalash (SBN 176422)
Attorney for Pacific Coast Exploration, LLC

21 //
23 //
24 //
26 //
27 //

2

**ORDER**

GOOD CAUSE APPEARING,

IT IS SO ORDERED that judgment be entered in favor of Plaintiffs, Johnny Valensin and Justified Financial Ventures, LLC, a California limited liability company, against Defendants, Pacific Coast Exploration, LLC, a California limited liability and Lester Cufaude, for the sum of $755,478.84. Defendants shall not be liable for prejudgment interest thereon or attorney fees.

Dated: 10/25/13

**PERRY PARKER**
HONORABLE JUDGE OF THE SUPERIOR COURT

# EXHIBIT C

Exhibit C
Page 12



BoutinJones INC
ATTORNEYS AT LAW

**Thomas G. Mouzes**
Attorney
Direct Line / 916.231.4078
tmouzes@boutinjones.com

February 27, 2014

**EMAIL AND REGULAR MAIL**

Pacific Coast Exploration, LLC
c/o Daniel M. Karalash, Esq.
Karalash & Associates
1207 Front Street, Suite 15
Sacramento, CA 95814

Lester Cufaude
c/o Gary W. Gorski, Esq.
Karalash & Associates
1207 Front Street, Suite 15
Sacramento, CA 95814

Robert Lee, Esq.
5801 Stockton Blvd
Suite 108
Sacramento, CA 95824

Re: Bankruptcy Estate of Stuart Smits

Dear Mr. Karalash, Mr. Gorski and Mr. Lee:

As you know, this office represents Kimberly J. Husted, Chapter 7 Trustee of the bankruptcy estate of Stuart Lansing Smits, as special counsel. On June 9, 2011, Stuart Lansing Smits filed a Chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the Eastern District of California, case number 2011-34464 ("Bankruptcy Case"). On February 8, 2012, the Bankruptcy Case converted to a Chapter 7 and Kimberly J. Husted ("Trustee") was appointed Chapter 7 Trustee. Property of the Smits bankruptcy estate includes, without limitation, (1) its 25% membership interest in Pacific Coast Exploration, LLC ("PCE"), (2) the member interests of PCE already acquired by Trustee from other members as part of a court approved settlement, and (3) an interest in the working interest in the applicable oil fields located in Kern County.

During late February 2014, we first became aware of the action filed in the Superior Court of Sutter County on or about October 11, 2013 by Johnny Valensin and Justified Financial Ventures (collectively "Plaintiffs") against Stuart Smits, the debtor herein, PCE and Lester Cufade. We also first became aware of the fact that PCE, by Mr. Lester Cufaude, among other things, wrongfully executed a Stipulated Judgment dated October 2013 ("Stipulated Judgment") in the amount of $755,478.84 against PCE in favor of Plaintiffs. We also understand that

555 Capitol Mall    Tel / 916.321.4444
Suite 1500    Fax / 916.441.7597
Sacramento, CA 95814    BOUTINJONES.COM

595316.2

Exhibit C
Page 13

Filed 03/17/14     Case 14-02081     Doc 6



abstracts of judgment were recorded by Plaintiffs, as well as UCC-Js were filed with California Secretary of State. The Stipulated Judgment occurred without any disclosure to Trustee or any of her attorneys, by Mr. Cufaude or PCE or their respective attorneys or anyone else. If we are mistaken in this regard, please advise immediately.

Notwithstanding full knowledge of the pending bankruptcy case, Plaintiffs did not seek and have not obtained relief from the automatic stay to prosecute this action against the debtor, Stuart Smits. Moreover, the Stipulated Judgment occurred *without* the knowledge of or consent of Trustee, *without* the approval of the members of PCE, *without* a noticed meeting of the members of PCE, *without* compliance with applicable state law and *without* the approval of the Bankruptcy Court, and on the eve of the trial in the state court action against PCE, Mr. Cufaude and others.

At all times, Mr. Cufaude and his attorney and PCE and its attorneys have been active participants in the bankruptcy case of Mr. Smits and at all relevant times had full knowledge of the bankruptcy filing, the assets of the bankruptcy estate, the scope of the automatic stay and the settlements reached, including with the Trustee.

As to the Stipulated Judgment, I have briefly reviewed the judgment and the calculations provided by Mr. Lee and note that the interest calculations violate applicable state law and are not supported. Moreover, Mr. Cufaude previously testified under oath that the alleged interest indebtedness was converted to a working interest in the Opaque wells. Mr. Cufaude also testified that the sum of only $250,000 and not the stated $300,000 was actually advanced by Justified Financial Ventures. I note that Mr. Valensin is not a party (lender) to any of the loan documents provided, yet somehow he is a named plaintiff purporting to have loaned money to PCE. The explanation offered by Mr. Lee that Mr. Valensin is a member of the lender LLC and therefore a proper plaintiff defies logic and the law and the entire matter smacks of collusion. Indeed, payments to Plaintiffs were expressly provided for by Mr. Cufaude in the Settlement Agreement executed by Mr. Cufaude and PCE and others, on January 28, 2014, with the bankruptcy trustees.

Among other things, Trustee contends that these acts were wrongful including, without limitation, intentional violations of the automatic stay of 11 U.S.C. §362 undertaken to squeeze out, diminish, dilute, defeat, exterminate and/or to exercise control over the bankruptcy estate's member interests in PCE, increase the costs of this estate and harass the bankruptcy estate.

11 U.S.C. § 362 (a) provides in part:

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—

555 Capitol Mall
Suite 1500
Sacramento, CA 95814

Tel / 916.321.4444
Fax / 916.441.7597
BOUTINJONES.COM

595316.2

Exhibit C
Page 14



February 27, 2014
Page 3 of 4

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

I direct your attention to *In re Allentown Ambassadors, Inc.*, 361 B.R. 422 (Bankr. E.D. Penn. 2007), and *In re McCabe*, 345 B.R.1 (D. Mass. 2006), as well as 11 U.S.C. section 105. There is no debate that all of you knew of the pending Bankruptcy Case and the full application of the automatic stay. There is also no debate that the automatic stay remains in full force and effect and acts in violation of the automatic stay are void. *In re Schwartz*, 954 F.2d 828 (9th Cir. 1993), subjecting all violators to contempt proceedings. A creditor has a duty to undo actions taken in violation of the automatic stay.

Trustee demands that within seven (7) calendar days of the date of this letter that: (a) Plaintiffs and PCE fully unwind and set aside any and all of these events and transactions, including, without limitation, the Stipulated Judgment, the abstracts, the UCC-Js and any applicable assignments as to PCE, dismiss PCE and Mr. Smits from the purported suit and fully restore the status quo as if none of these events, transactions and related matters had occurred in any form whatsoever; and (b) provide proof of the same and full restoration of the status quo, free and clear of any and all right, title, liens, claims and/or interests of Plaintiffs including, without limitation, the vacation, release and cancellation of any and all recorded UCC-Js, abstracts of judgment, the Stipulated Judgment and any applicable assignments. If Mr. Cufaude, personally and for himself only, wishes to stipulate to a judgment, that is not a concern of Trustee.

555 Capitol Mall
Suite 1500
Sacramento, CA 95814

Tel / 916.321.4444
Fax / 916.441.7597
BOUTINJONES.COM

595316.2

Exhibit C
Page 15



February 27, 2014
Page 4 of 4

    If you or your clients refuse to comply with this demand, Trustee may have no choice but to exercise her rights and remedies. If you have any legal authority to support these or any related actions, please provide it to me within seven (7) calendar days of the date of this letter.

Very truly yours,

Thomas G. Mouzes

cc:     Kimberly J. Husted, Chapter 7 Trustee
         Daniel Kohls

555 Capitol Mall     Tel / 916.321.4444
Suite 1500     Fax / 916.441.7597
Sacramento, CA 95814     BOUTINJONES.COM

595316.2

Exhibit C
Page 16