MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
BASHAR AHMAD (SBN 258619)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax:　　916.441.7597
Email: mgorton@boutinjones.com
　　　　tmouzes@boutinjones.com

Special Counsel for Chapter 7 Trustee
Kimberly Husted

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>STUART LANSING SMITS,<br><br>　　　　Debtor.<br><br>JOHNNY VALENSIN, an individual dba Justified Financial Ventures, LLC; Justified Financial Ventures, LLC, a CA limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PACIFIC COAST EXPLORATION, LLC, a California limited liability company; LESTER CUFAUDE; STUART SMITS; DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 2011-34464-A-7<br><br>Adv. Proc. No. 14-02081<br><br>**STIPULATION FOR DISMISSAL OF STUART SMITS AND BANKRUPTCY ESTATE AND CLOSING ADVERSARY CASE**<br><br>Date:　　　N/A<br>Time:　　　N/A<br>Location:　Department A<br>Judge:　　　Honorable Michael S. McManus |

　　　Kimberly J. Husted, Chapter 7 Trustee ("Trustee"), by and through her undersigned counsel, and Plaintiffs Johnny Valensin's and Justified Financial Ventures, LLC's (sometimes collectively "Plaintiffs"), by and through their undersigned counsel, hereby stipulation as follows:

/ / /

/ / /

1

STIPULATION FOR DISMISSAL AND CLOSING OF CASE
614758.2

A. On or about October 11, 2013, Plaintiffs filed Case No. CV CS 13-1983 in the Superior Court of California, Sutter County ("State Court Action") against Pacific Coast Exploration, LLC ("Pacific"), Lester Cufaude ("Cufaude") and Debtor Stuart Smits ("Debtor"). Trustee contends the Complaint seeks a recovery on a pre-petition claim and violates the automatic stay.

B. On or about October 28, 2013, the Sutter County Superior Court entered a judgment in the State Court Action pursuant to a stipulation for entry of judgment by Plaintiffs, Pacific and Cufaude ("Stipulated Judgment"). Neither Debtor nor Trustee were a party to the Stipulated Judgment.

C. On February 18, 2014, Trustee received a copy of the Complaint filed in the State Court Action. On March 17, 2014, Trustee removed the State Court Action to this court.

D. Plaintiffs having obtained a judgment against non-debtor third parties in the State Court Action, Plaintiffs desire to dismiss Debtor, Trustee and the Bankruptcy Estate with prejudice from the above entitled adversary case and conclude the adversary case. In exchange for such dismissal, Trustee agrees she will not seek attorney fees against Plaintiffs.

Based upon the forgoing, the undersigned agree as follows:

1. Debtor, Trustee and the bankruptcy estate may be dismissed with prejudice from the above-entitled adversary case and the adversary case may be closed.

2. Plaintiffs, on the one hand, and Trustee, on the other hand, shall each bear their respective attorney fees and costs incurred in the above-entitled adversary case.

DATED: July 9, 2014        BOUTIN JONES INC.

                           By: _____
                               THOMAS G. MOUZES
                           Attorney for Kimberly Husted, Chapter 7 Trustee

DATED: July 9, 2014        LAW OFFICES OF ROBERT LEE.

                           By: _____
                               ROBERT LEE
                           Attorney for Plaintiffs

2

STIPULATION FOR DISMISSAL AND CLOSING OF CASE
614758.2

Received BOUTIN JONES    Fax:9164417597    Jul 9 2014 04:17pm    P003/003
Jul 9 2014 04:16pm
From Robert Lee Law Ofc    to 4417597    on 7/9/2014 4:14 PM    003

A. On or about October 11, 2013, Plaintiffs filed Case No. CV CS 13-1983 in the Superior Court of California, Sutter County ("State Court Action") against Pacific Coast Exploration, LLC ("Pacific"), Lester Cufaude ("Cufaude") and Debtor Stuart Smits ("Debtor"). Trustee contends the Complaint seeks a recovery on a pre-petition claim and violates the automatic stay.

B. On or about October 28, 2013, the Sutter County Superior Court entered a judgment in the State Court Action pursuant to a stipulation for entry of judgment by Plaintiffs, Pacific and Cufaude ("Stipulated Judgment"). Neither Debtor nor Trustee were a party to the Stipulated Judgment.

C. On February 18, 2014, Trustee received a copy of the Complaint filed in the State Court Action. On March 17, 2014, Trustee removed the State Court Action to this court.

D. Plaintiffs having obtained a judgment against non-debtor third parties in the State Court Action, Plaintiffs desire to dismiss Debtor, Trustee and the Bankruptcy Estate with prejudice from the above entitled adversary case and conclude the adversary case. In exchange for such dismissal, Trustee agrees she will not seek attorney fees against Plaintiffs.

Based upon the forgoing, the undersigned agree as follows:

1. Debtor, Trustee and the bankruptcy estate may be dismissed with prejudice from the above-entitled adversary case and the adversary case may be closed.

2. Plaintiffs, on the one hand, and Trustee, on the other hand, shall each bear their respective attorney fees and costs incurred in the above-entitled adversary case.

DATED: July 9, 2014     BOUTIN JONES INC.

By: _____
THOMAS G. MOUZES

Attorney for Kimberly Husted, Chapter 7 Trustee

DATED: July 9, 2014     LAW OFFICES OF ROBERT LEE.

By: *[signature]*
ROBERT LEE

Attorney for Plaintiffs

2

STIPULATION FOR DISMISSAL AND CLOSING OF CASE